E-FILED
Tuesday, 23 December, 2025  02:23:59 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| **JONATHAN HEWITT, on behalf of himself and others similarly situated,** ) | Case No. 3:25-cv-03273-CRL-DJQ |
| ) | |
| ) | Judge Colleen R. Lawless |
| Plaintiff, ) | |
| ) | Magistrate Judge Douglas J. Quivey |
| vs. ) | |
| ) | |
| **FORESIGHT ENERGY LLC,** ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 23, 2025, I filed this **Certificate of Service** through the Court's CM/ECF system, and certify that I served true and correct copies of ***Defendant's Rule 26 Initial Disclosures*** via electronic mail to counsel of record as follows:

> Ricardo J. Prieto
> Melinda Buckle
> WAGE AND HOUR FIRM
> 5050 Quorum Drive, Suite 700
> Dallas, TX 75254
> Email: rprieto@wageandhourfirm.com
> Email: marbuckle@wageandhourfirm.com

> */s/Jeffrey R. Baron*
> Jeffrey R. Baron, ARDC #6277085